UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD E. STAHL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00865 AGF |
| ) | |
| BAXTER HEALTHCARE ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Following a conference with counsel on Plaintiffs' oral motion to amend the Case Management Order ("CMO"), and no Defendants objecting thereto,

**IT IS HEREBY ORDERED** that further proceedings and deadlines in the case shall be stayed for forty-five (45) days to address certain discovery issues. On or before **January 16, 2007**, the parties shall file a status report with the Court, advising of the status of the discovery issues and, if feasible at that time, proposing amendments to the current CMO.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of December, 2006.