UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD E. STAHL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00865 AGF |
| | ) | |
| BAXTER HEALTHCARE | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the motion of the United States for an extension

of time to complete its assessment of whether it will the state secrets privilege and to

formally assert such privilege. No parties to this action have filed objections to the

request. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the motion of the United States for an extension

of time to complete its assessment of whether it will the state secrets privilege and to

formally assert such privilege [Doc. # 179] is **GRANTED**. The United States shall have

until **Friday, October 12, 2007** to assert any state secrets privilege. The United States is

further advised that the Court will take the steps necessary to assure proper security

clearance.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of September, 2007.